**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 109 WAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| ROBERT KARL BARGER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.